# United States Bankruptcy Court
# For The District Of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**PUERTO DEL REY, INC.**<br><br>*Debtor* | Case No. 12-10295 (ESL)<br><br>CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THIS HONORABLE COURT:**

**COMES NOW** *PC Puerto Rico, LLC* (**"PCPR"**), through the undersigned counsel, and very respectfully **STATES, ALLEGES,** and **PRAYS**:

1. Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2. PCPR is a creditor in the instant case.

3. The undersigned attorney represents PCPR.

**WHEREFORE**, PCPR respectfully requests that all future notices and pleadings in this proceeding be provided to the undersigned attorney, and that the contact information be entered into the master address list of this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 21st day of January, 2013.

S/PAUL J. HAMMER
PAUL J. HAMMER
D.P.R. Bar No. 228306
Email: phammer@welo.net

**ESTRELLA, LLC | ATTORNEYS & COUNSELORS**
*Attorneys for PC Puerto Rico, LLC*
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the parties of record.

I also certify that a copy of this motion was filed with the United States Bankruptcy Court for the District of Puerto Rico.

In San Juan, Puerto Rico, this 21st day of January, 2013.

**S/PAUL J. HAMMER**
PAUL J. HAMMER
D.P.R. Bar No. 228306
Email: phammer@welo.net

**ESTRELLA, LLC | ATTORNEYS & COUNSELORS**
*Attorneys for PC Puerto Rico, LLC*
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: 787-977-5050
Fax: 787-977-5090
