IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MARINA OLDCO

XXX-XX8986

Debtor(s)

CASE NO. 12-10295 ESL

Chapter 11

**FILED & ENTERED ON 4/14/2015**

### FINAL DECREE

The estate of the above named debtor(s) has/have been fully administered.

The deposit required by the plan has been distributed.

**IT IS ORDERED THAT**:

the chapter 11 case of the above-named debtor is closed.

In San Juan, Puerto Rico, this 14 day of April, 2015.

*/s/ Enrique S. Lamoutte*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge